IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONATO ARDELLINI, an individual; and ARDELLINI HOLDINGS INC., a Canadian corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOCKEY GROUP, LLC, a Minnesota limited liability company; and MIKE PICOZZI, an individual;<br><br>Defendants. | **8:23CV357**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 62). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs.

Dated this 11th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge